Debtor 1   Jerry            Schwagerl                              Case number (*if known*) _____
           First Name  Middle Name  Last Name

**Request for 30-day Temporary Waiver of Credit Counseling Briefing Requirement**

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|
| Explanation of efforts made to obtain credit counseling briefing, why I was unable to obtain it before I filed for bankruptcy, and the exigent circumstances that required me to file this case: | Explanation of efforts made to obtain credit counseling briefing, why I was unable to obtain it before I filed for bankruptcy, and the exigent circumstances that required me to file this case: |
| Tried doing credit counseling consolidation did not work well. | |
| Date  12/31/2023 <br> MM / DD / YYYY | Date  _____ <br> MM / DD / YYYY |